1  Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
2  Attorney for Petitioner
   TERRELL MARSHALL LAW GROUP PLLC
3  936 North 34th Street, Suite 300
   Seattle, Washington 98103
4  Telephone: (206) 816-6603

5  [Additional Counsel Appear on Signature Page]

6

7              UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8  TOBY HOY, individually and on behalf
   all others similarly situated,          Case No.  '22 CV 0151 LL    MDD
9
                    Petitioner,            NOTICE AND MOTION TO COMPEL
                                           COMPLIANCE WITH OUT-OF-
10       v.                                DISTRICT SUBPOENA TO NON-
                                           PARTY ZEETOGROUP, LLC
11  ZEETOGROUP, LLC,

12                  Respondent.

13

14

15  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

16       PLEASE TAKE NOTICE that at a date and time to be set by the above-

17  entitled Court located at 221 West Broadway, San Diego, CA 92101, Petitioner

18  Toby Hoy will appear and move this Court for an order requiring ZeetoGroup, LLC

19  to comply with the subpoena served on ZeetoGroup, LLC by Mr. Hoy.

20
       NOTICE AND MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT
              SUBPOENA TO NON-PARTY ZEETOGROUP, LLC - 1

1        This Motion relates to an action currently pending in the U.S. District Court

2    for the Northern District of California, *Hoy v. Hi. Q, Inc.*, 4:21-cv-04875 (N.D. Cal.

3    Filed June 24, 2021). The subpoenas issued from that court were served on

4    ZeetoGroup, Inc., which has its principal place of business in the Southern District

5    of California.

6        Consistent with Local Rule 26.1, the undersigned certifies that Mr. Hoy's

7    counsel met and conferred by telephone with ZeetoGroup's counsel on January

8    24, 2022, regarding all disputed issues raised in this motion.

9        This Motion is based on this Notice of Motion, the accompanying

10   Memorandum in support of this Motion, the Declaration of Anthony Paronich, the

11   accompanying exhibits, and such other matters as the Court deems appropriate.

12       RESPECTFULLY SUBMITTED AND DATED this 20th day of January, 2022.

13               TERRELL MARSHALL LAW GROUP PLLC

14               By: /s/ Beth E. Terrell, CSB #178181
                   Beth E. Terrell, CSB #178181

15                 Email: bterrell@terrellmarshall.com
                   Jennifer Rust Murray, *Pro Hac Vice Forthcoming*

16                 Email: jmurray@terrellmarshall.com
                   936 North 34th Street, Suite 300

17                 Seattle, Washington 98103
                   Telephone: (206) 816-6603

18                 Facsimile: (206) 319-5450

19

20

NOTICE AND MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT
SUBPOENA TO NON-PARTY ZEETOGROUP, LLC - 2

Anthony I. Paronich, *Pro Hac Vice Forthcoming*
Email: anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

*Attorneys for Petitioner*