Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Attorney for Petitioner
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　Respondent. | Case No. '22CV0151 LL    MDD<br><br>**DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC** |

I, Anthony I. Paronich, declare as follows:

1.   I am a member of Paronich Law, P.C., co-counsel of record for Petitioner in this matter. I am a member in good standing of the bar of the state of Massachusetts. I respectfully submit this declaration in support of Petitioner's Motion to Compel Compliance with Out-of-District Subpoena to Non-Party ZeetoGroup, LLC in the above-captioned action. Except as otherwise noted, I have

DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION
TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO
NON-PARTY ZEETOGROUP, LLC - 1

personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2. On September 27, 2021, Judge Gonzalez Rogers held a scheduling conference in the underlying litigation and denied Health IQ's request for bifurcation. Attached as <u>Exhibit 1</u> is a true and correct copy of excerpts of the Transcript of Proceedings from the September 27, 2021 scheduling conference.

3. On October 6, 2021, Judge Gonzalez Rogers entered the parties' stipulated protective order, ECF No. 27. Attached as <u>Exhibit 2</u> is a true and correct copy of the stipulated protective order filed in the underlying action at ECF No. 27.

4. After the stipulated protective order was entered, Health IQ produced records of more than 100 million calls it placed during the Class period using leads it obtained from Enfuego. Mr. Hoy's expert analyzed that data and identified more than three million unique phone numbers that received these calls, including Mr. Hoy's.

5. As part of discovery in the underlying litigation, Health IQ produced a document it claimed reflected information about the "lead" that resulted in the call to Mr. Hoy. Attached as <u>Exhibit 3</u> is a true and correct copy of that document, which was produced under Bates numbers HEALTHIQ-HOY-00000329–332. Health

DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION
TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO
NON-PARTY ZEETOGROUP, LLC - 2

IQ labeled this document "CONFIDENTIAL" under the protective order. I met and conferred with counsel for Health IQ and he agreed that the document may be filed in open court as long as certain personally identifying information was redacted.

6. During the meet and confer process in the underlying litigation, Health IQ told Mr. Hoy that it had contracted with Enfuego to provide the telephone numbers for the calls Health IQ placed and that Enfuego would have more complete evidence of consent.

7. I sent a subpoena to Enfuego seeking any consent evidence relating to Mr. Hoy or proposed Class members. Enfuego produced documents confirming that it obtained Mr. Hoy's telephone number through a webform on the website www.getitfree.com. Attached hereto as <u>Exhibit 4</u> is a true and correct copy of a document produced by Enfuego under Bates number Enfuego-000009.

8. Enfuego also produced a list of the websites and identified the companies from which it obtained the leads it sold to Health IQ. Multiple websites owned by Get It Free were included on the list of websites. The companies Enfuego identified operate all over the United States and abroad.

9. Enfuego also produced data showing that hundreds of thousands of leads were generated exclusively through Get It Free websites with the same "consent" language allegedly associated with Mr. Hoy's lead.

10. Enfuego produced a small number of documents purporting to show that some class members may have consented to receive calls from Health IQ through a Get It Free website. The documents Enfuego produced are undated and unauthenticated, and do not include server and web logs, or historical website images, architecture, and marketing partner lists.

11. On January 9, 2022, I served Get It Free with a deposition and document subpoena. Attached as Exhibit 5 is a true and correct copy of the subpoena to Get It Free.

12. Get It Free served objections to the subpoena on January 20, 2022. Attached as Exhibit 6 is a true and correct copy of Get It Free's objections.

13. Get It Free's counsel and I conferred by telephone and in writing on multiple occasions, including by phone on January 24, 2022. During that call, I explained the central importance of the consent-related documents and testimony sought by the subpoena, and why the information sought could only be obtained from Get It Free. I also explained that the protective order entered in the underlying litigation would protect any confidential information that Get It

DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION
TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO
NON-PARTY ZEETOGROUP, LLC - 4

Free produced and provided a copy of the order to Get It Free's counsel. Finally, I reiterated that full discovery regarding proposed Class members was necessary now because Judge Gonzalez Rogers refused to bifurcate discovery.

14. At the end of the call, Get It Free's counsel requested additional time to discuss the issues raised at the conference with his clients.

15. On February 3, 2022, Get It Free's counsel confirmed by email that Get It Free would not be producing documents or a corporate designee. Before filing this motion, I followed up with Get It Free's counsel by email to ask if Get It Free would agree to produce anonymized information about proposed Class members' purported consent, but Get It Free refused. Counsel for Health IQ also followed up to explain the relevance of the documents and why the information can only be obtained from Get It Free. Attached as <u>Exhibit 7</u> is a true and correct copy of the email chain between myself, Get It Free's counsel, and Health IQ's counsel, dated between January 20, 2022 and February 7, 2022.

16. To date, Get it Free has refused to produce any documents or a corporate witness on any topic.

1  I declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3  EXECUTED this 10th day of February, 2022.

4

5                                       By: /s/ Anthony I. Paronich
                                           Anthony I. Paronich

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20  DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC - 6

# TABLE OF CONTENTS

## EXHIBITS

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 1 | Excerpts of Transcript of Proceedings for the September 27, 2021 Scheduling Conference in *Hoy v. Hi Q., Inc.* | 1-4 |
| 2 | Stipulated Protective Order entered in *Hoy v. Hi Q., Inc.* | 5-16 |
| 3 | "Lead" data for Mr. Hoy produced by Health IQ under Bates numbers HEALTHIQ-HOY-00000329–32 | 17-20 |
| 4 | "Lead" data for Mr. Hoy produced by Enfuego under Bates number ENFUEGO-000009 | 21-24 |
| 5 | Subpoena to ZeetoGroup, LLC | 25-38 |
| 6 | ZeetoGroup, LLC's Objections to Mr. Hoy's Subpoena | 39-58 |
| 7 | Email correspondence between counsel for Mr. Hoy, counsel for ZeetoGroup, LLC, and counsel for Health IQ dated between January 20, 2022 and February 7, 2022 | 59-69 |