- Exhibit 3 -

| lead_id | lead_date | first_name | last_name | gender | email | phone |
|---|---|---|---|---|---|---|
| 14321081 | 3/16/2021 11:50 | robert | frueh | Male | ███████ | ███████ |

URL:      www.getitfree.us


TCPA Language: By submitting Yes, I consent to have a representative from Cege Media, GuideToInsureand / or InsureaLife contact me at this number [phone]. I understand these calls may be generated using an automated dialer and that my consent is not required as a precondition for purchasing or receiving an property, goods or service

CONFIDENTIAL                                                                                                    HEALTHIQ-HOY-00000329

Exhibit 3 - Page 17

| age | dob_day | dob_month | dob_year | address | city | state | zip |
|---|---|---|---|---|---|---|---|
| 69 | ■ | ■ | ■ | ■ | ■ | ■ | ■ |

CONFIDENTIAL

HEALTHIQ-HOY-00000330
Exhibit 3 - Page 18

| insurance_type | insurance_company | currently_insured | ip_address |
|---|---|---|---|
|  |  | No | ███████ |

CONFIDENTIAL

HEALTHIQ-HOY-00000331

Exhibit 3 - Page 19

| universal_lead_id |
|---|
| F47F265F-9344-E036-0216-626255E67412 |

CONFIDENTIAL