- Exhibit 4 -

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | lead_id | lead_date | first_name | last_name | gender | email | phone |
| 2 | 14321081 | 3/16/2021 11:50 | robert | frueh | Male | | |
| 3 | | | | | | | |
| 4 | URL: | www.getitfree.us | | | | | |
| 5 | | | | | | | |
| 6 | TCPA Language: | BysubmittingYes,IconsenttohavearepresentativefromCegeMedia,GuideToInsureand/orInsureALifecontactmeatthisnumber[phone].Iunderstandthesecallsmaybegeneratedusinganautomateddialerandthatmyconsentisnotrequiredasapreconditionforpurchasingorreceivinganproperty,goodsor | | | | | |

|   | H | I | J | K | L | M | N | O |
|---|---|---|---|---|---|---|---|---|
| 1 | age | dob_day | dob_month | dob_year | address | city | state | zip |
| 2 | 69 | ■ | | ■ | ■■■■■■■■■■ | ■■■ | | ■■ |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |

|   | P | Q | R | S |
|---|---|---|---|---|
| 1 | insurance_type | insurance_company | currently_insured | ip_address |
| 2 |   |   | No | ██████ |
| 3 |   |   |   |   |
| 4 |   |   |   |   |
| 5 |   |   |   |   |
| 6 |   |   |   |   |

| | T |
|---|---|
| 1 | universal_lead_id |
| 2 | F47F265F-9344-E036-0216-626255E67412 |
| 3 | |
| 4 | |
| 5 | |
| 6 | |