- Exhibit 7 -

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Jennifer Murray; Ben Drachler |
| **Subject:** | Fwd: [External] ZeetoGroup Subpoena |
| **Date:** | Monday, February 7, 2022 4:11:13 PM |

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


---------- Forwarded message ---------
From: **Rosenthal, Paul A. (NJ)** <PaulRosenthal@kelleydrye.com>
Date: Mon, Feb 7, 2022 at 7:10 PM
Subject: RE: ZeetoGroup Subpoena
To: Jacob Gillick <jgillick@morrislawfirmapc.com>, Anthony Paronich <anthony@paronichlaw.com>
Cc: Leanna Pierce <lpierce@morrislawfirmapc.com>


Jacob,


I know Anthony may have additional context or input, but I want to try and interject to see if I can help this conversation along by clarifying the information that I understand Plaintiff is seeking.  Put simply, Plaintiff is looking for consent records for consumers (#1) and evidence that Health IQ would have been disclosed as a marketing partner to certain consumers (#2).  To put a little more color on it:


Topic 1 is seeking consent records for the bulk leads that Zeeto sold to Cege and that ultimately were sold to Health IQ.  If we could provide you with a list of consumers' telephone numbers identified by Cege as having come from a Zeeto website, could your client provide consent records/evidence for each?

Exhibit 7 - Page 59

Topic 2 is seeking evidence that Health IQ was in the list of marketing partners for leads that would have been sold to Cege. As I understand it, the flow information is solely in the possession of Zeeto, and may be "dynamic" so there isn't one clear flow that we could re-create ourselves; however, the parties are looking for some evidence and confirmation of when/how Health IQ would have been listed as a marketing partner within the flow for consumers. Is that something that your client can confirm? Depending on the format, this might be subsumed by #1, but perhaps not.

Happy to set up a call if it would be helpful to discuss further.

Thanks,

Paul

**PAUL ROSENTHAL**

**Kelley Drye & Warren LLP**
Tel: (973) 503-5943

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, February 7, 2022 6:07 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@KelleyDrye.com>
**Subject:** RE: ZeetoGroup Subpoena

**CAUTION: This message originated outside of Kelley Drye and was sent by: jgillick@morrislawfirmapc.com**

Mr. Paronich:

Exhibit 7 - Page 60

(1) What would the purpose of producing you a bunch of redacted records? I guess I do not understand what you want to see specifically or why it needs to come from us/cannot come from a party to the action.

(2) The second request is quite a work pill that does not appear necessary from a non-party.

Thanks,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, February 4, 2022 1:43 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>
**Subject:** Re: ZeetoGroup Subpoena

Mr. Gillick:

As we have prepared the motion we wanted to follow up on two items:

Exhibit 7 - Page 61

1. Would your client be amenable to making the biographical data (name and any address) anonymous and producing it? Hopefully those would cure the privacy rights raised.

2. I'm not sure I understand why the objection to production of the list of marketing partners and associated screenshots. Those documents do not implicate privacy rights at all of individuals and by their nature were available on the website. If we could come to an agreement on that issue, it would limit the number of requests and topics in dispute.


Have a good weekend,


Regards,


----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Thu, Feb 3, 2022 at 1:14 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Mr. Paronich,

Exhibit 7 - Page 62

My clients will continue standing by their objections. No disclosure is proper from GetitFree at this time.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, February 1, 2022 10:43 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>
**Subject:** RE: ZeetoGroup Subpoena

Ok, thanks. I'll wait to hear.

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Tuesday, February 1, 2022 12:24 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>

Exhibit 7 - Page 63

**Subject:** Re: ZeetoGroup Subpoena

Should hear back EOD. Will have an answer for you tomorrow. We will likely stand firm on our position but need to go over everything.

> On Feb 1, 2022, at 9:06 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Thanks, Jacob. When do you expect to know?
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
> ---
>
> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Sent:** Monday, January 31, 2022 6:43 PM
> **To:** Anthony Paronich <anthony@paronichlaw.com>
> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>
> **Subject:** RE: ZeetoGroup Subpoena

Exhibit 7 - Page 64

Hey Anthony,

I am still waiting for one more call.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Monday, January 31, 2022 12:14 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>
**Subject:** Re: ZeetoGroup Subpoena

Hello, Jacob. I wanted to follow up on our meet and confer to see if your client had a final position?

----

Exhibit 7 - Page 65

> Anthony Paronich
>
> Paronich Law, P.C.
>
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
>
> [o] (617) 485-0018
>
> [c] (508) 221-1510
>
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.
>
> On Mon, Jan 24, 2022 at 7:07 PM Anthony Paronich <anthony@paronichlaw.com> wrote:
>
>> Thanks, can I call at 4:00 PST?
>>
>> ---
>>
>> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
>> **Sent:** Monday, January 24, 2022 11:28 AM
>> **To:** Anthony Paronich <anthony@paronichlaw.com>
>> **Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
>> **Subject:** Re: ZeetoGroup Subpoena
>>
>> Late is fine. My cell is 760-805-5507 so let me know when your ready.
>>
>> Best,

Exhibit 7 - Page 66

> Jake Gillick
>
> On Jan 24, 2022, at 10:25 AM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Yup, but I'm in a mediation, so later is probably better unless it's early your time.
>
> ---
>
> **From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Sent:** Monday, January 24, 2022 11:14 AM
> **To:** Anthony Paronich <anthony@paronichlaw.com>; Leanna Pierce <lpierce@morrislawfirmapc.com>; PaulRosenthal@kelleydrye.com
> **Subject:** Re: ZeetoGroup Subpoena
>
> Sure. Is Wednesday ok? I am traveling tomorrow.
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

Exhibit 7 - Page 67

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Saturday, January 22, 2022 at 1:49 PM
**To:** Leanna Pierce <lpierce@morrislawfirmapc.com>, "PaulRosenthal@kelleydrye.com" <PaulRosenthal@kelleydrye.com>
**Cc:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: ZeetoGroup Subpoena

Thank you. Jacob, can we please set up a time for a short call to finish our meet and confer?

Anthony

**From:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Sent:** Thursday, January 20, 2022 6:07 PM
**To:** PaulRosenthal@KelleyDrye.com; anthony@paronichlaw.com
**Subject:** ZeetoGroup Subpoena

Dear Counsel,

Please find attached ZeetoGroup, LLC's objections to the subpoena for deposition. Please be advised that we will not be producing a witness on January 24, 2022, for deposition.

Thank you.

*Leanna Pierce*

Legal Assistant

**MORRIS LAW FIRM APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Exhibit 7 - Page 68

Tel: (619) 826-8060

Fax (619) 826-8065

lpierce@morrislawfirmapc.com

https://www.morrislawfirmapc.com

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

This message is subject to Kelley Drye & Warren LLP's email communication policy. KDW-Disclaimer

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.

Exhibit 7 - Page 69