```
Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Attorney for Petitioner
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
```

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. **'22CV0151 LL    MDD**<br><br>**CERTIFICATE OF SERVICE** |

The undersigned hereby certifies that on February 10, 2022, true and correct copies of Petitioner's Notice of and Motion to Compel Compliance with Out-of-District Subpoena to Non-Party ZeetoGroup, LLC, Memorandum of Points and Authorities in Support of Motion to Compel Compliance With Out-Of-District Subpoena to Non-Party Zeetogroup LLC, Declaration of Anthony Paronich, Table of Contents (Exhibits to Decl), and Exhibits 1 – 7, were served via electronic mail on the following:

CERTIFICATE OF SERVICE - 1

Jacob A. Gillick, Esq.
MORRIS LAW FIRM, APC
501 West Broadway,
Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065
Email: jgillick@morrislawfirmapc.com

*Attorneys for Respondent*

Becca J. Wahlquist
Nathan Tucker Jamieson
KELLEY DRYE & WARREN LLP
1800 Century Park East,
Suite 600
Los Angeles, CA 90067
Telephone: (310) 712-6172
Facsimile: (310) 712-6199
Email: bwahlquist@kelleydrye.com
Email: njamieson@kelleydrye.com

Paul Andrew Rosenthal
KELLEY DRYE AND WARREN LLP
One Jefferson Road, Second Floor
Parsippany, NJ 07054
Telephone: (973) 503-5943
Email: paulrosenthal@kelleydrye.com

*Attorneys for HI Q., Inc*

DATED this 11th day of February, 2022.

By: /s/ Beth E. Terrell, CSB #178181
Beth E. Terrell, CSB #178181

CERTIFICATE OF SERVICE - 2