# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY,<br><br>                   Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>                   Respondent. | Case No.: 22cv151-LL-MDD<br><br>**ORDER SETTING BRIEFING SCHEDULE RE: MOTION TO COMPEL COMPLIANCE WITH OUT OF DISTRICT SUBPOENA**<br><br>[ECF No. 1] |

On February 11, 2022, Petitioner Toby Hoy filed a motion to compel compliance with an out of district subpoena. (ECF No. 1). Respondent ZeetoGroup, LLC has not yet appeared. (*See* Docket). Accordingly, the Court **SETS** the following briefing schedule:

1. On or before **February 18, 2022**, Petitioner must serve this order and the motion to compel on ZeetoGroup, LLC.
2. A response in opposition, if any, must be filed on or before **March 4, 2022**.
3. A reply brief, if any, must be filed on or before **March 11, 2022**.

Upon completion of the briefing, the Court will issue a written ruling in due course. *See* Civ. L.R. 7.1.d.1; *see also* Fed. R. Civ. P. 78(b).

**IT IS SO ORDERED.**

Dated: February 11, 2022

Hon. Mitchell D. Dembin
United States Magistrate Judge

1

22cv151-LL-MDD