Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Respondent Zeetogroup, LLC,

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY,<br><br>                Petitioner,<br><br>   v.<br><br>ZEETOGROUP, LLC,<br><br>                Respondent. | Case No. 22cv151-LL-MDD<br><br>**NOTICE OF APPEARANCE FOR RESPONDENT ZEETOGROUP, LLC** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Jacob A. Gillick makes this appearance as counsel for Respondent Zeetogroup, LLC in the above-entitled matter. Mr. Gillick's office address and telephone number are: Morris Law Firm, APC, 501 West Broadway, Suite 1480, San Diego, California 92101, (619) 826-8060.

                                        **MORRIS LAW FIRM, APC**

Dated: March 1, 2022         *s/ Jacob A. Gillick*
                                      Jacob A. Gillick, Esq.
                                      jgillick@morrislawfirmapc.com
                                      Attorneys for Respondent Zeetogroup, LLC