Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Attorneys for Petitioner
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>  Petitioner,<br><br>  v.<br><br>ZEETOGROUP, LLC,<br><br>  Respondent. | Case No. 3:22-cv-00151-LL-MDD<br><br>**JOINT MOTION TO EXTEND THE BRIEFING DEADLINES** |

Petitioner Toby Hoy and Respondent ZeetoGroup, LLC (together the "Parties"), by and through their undersigned counsel, jointly stipulate and request that the Court extend the deadlines to brief Petitioner's Motion to Compel Compliance with an Out of District Subpoena (ECF No. 1). *See* ECF No. 2 (Order Setting Briefing Schedule). In support of this motion, the Parties state:

JOINT MOTION TO EXTEND THE BRIEFING DEADLINES - 1

1. On February 11, 2022, Petitioner filed a motion to compel compliance with an out of district subpoena. (ECF No. 1).

2. On February 11, 2022, Petitioner emailed counsel for Respondent a copy of the motion, the memorandum of points and authorities in support of the motion, and the Declaration of Anthony Paronich in support of the motion. In the transmittal email, Petitioner asked Respondent's counsel if he would accept service and he agreed that day.

3. That same day, February 11, 2022, an Order Setting Briefing Schedule was issued to Petitioner. (ECF No. 2.) Petitioner was ordered to serve the briefing schedule on or before February 18, 2022.

4. 17 days later, on February 28, 2022, Petitioner emailed Respondent's counsel a copy of the Order Setting Briefing Schedule on Petitioner's Motion to Compel Compliance with an Out of District Subpoena (ECF No. 2). Despite representations from Respondent's counsel that information will be produced-- Petitioner still wishes to move forward with its motion.

5. To alleviate Respondent's prejudice from Petitioner's failure to timely serve the scheduling order, the Parties stipulate and jointly request that the Court enter an Order extending the deadline for Petitioner to respond ten (10) days after the entry of any order granting the Parties' instant request.

JOINT MOTION TO EXTEND THE BRIEFING DEADLINES - 2

1       6.      The Parties further stipulate and jointly request that Petitioner's reply brief, if any, be filed on or before seven days after Respondent files its response brief.

Accordingly, the Parties respectfully request that the Court grant this motion and enter the proposed Order that the Parties have filed with this motion.

RESPECTFULLY SUBMITTED AND DATED this 1st day of March, 2022.

| TERRELL MARSHALL LAW GROUP PLLC | MORRIS LAW FIRM, APC |
|---|---|
| By: /s/ Beth E. Terrell, CSB #178181<br>Beth E. Terrell, CSB #178181<br>Email: bterrell@terrellmarshall.com<br>Jennifer Rust Murray,<br>*Pro Hac Vice Forthcoming*<br>Email: jmurray@terrellmarshall.com<br>Attorneys for Petitioner<br>936 North 34th Street, Suite 300<br>Seattle, Washington 98103<br>Telephone: (206) 816-6603<br>Facsimile: (206) 319-5450 | By: /s/ Jacob A. Gillick, CSB #312336<br>Jacob A. Gillick, Esq.<br>Email: jgillick@morrislawfirmapc.com<br>Attorneys for Respondent<br>501 West Broadway, Suite 1480<br>San Diego, California 92101<br>Telephone: (619) 826-8060<br>Facsimile: (619) 826-8065 |

Anthony I. Paronich
Email: anthony@paronichlaw.com
Attorneys for Petitioner
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

JOINT MOTION TO EXTEND THE BRIEFING DEADLINES - 3

## CERTIFICATE OF SERVICE

I, Beth E. Terrell hereby certify that on March 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Jacob A. Gillick, Esq.
>MORRIS LAW FIRM, APC
>Attorneys for Respondent
>501 West Broadway, Suite 1480
>San Diego, California 92101
>Telephone: (619) 826-8060
>Facsimile: (619) 826-8065

DATED this 1st day of March, 2022.

>By: /s/ Beth E. Terrell, CSB #178181
>Beth E. Terrell, CSB #178181