1  Beth E. Terrell, CSB #178181
   Email: bterrell@terrellmarshall.com
2  Attorneys for Petitioner
   TERRELL MARSHALL LAW GROUP PLLC
3  936 North 34th Street, Suite 300
   Seattle, Washington 98103
4  Telephone: (206) 816-6603

5  [Additional Counsel Appear on Signature Page]

6

7                    UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

8  TOBY HOY, individually and on behalf
   all others similarly situated,           Case No. 3:22-cv-00151-LL-MDD
9
                        Petitioner,          **[PROPOSED] ORDER GRANTING
                                             JOINT MOTION TO EXTEND THE
10         v.                                BRIEFING DEADLINES**

11  ZEETOGROUP, LLC,

12                      Respondent.

13

14         THIS MATTER came before the Court on the parties Joint Motion to Extend

15  the Briefing Deadline. Based on the foregoing, it is hereby ORDERED that the

16  Motion is GRANTED.

17         Respondent's response to Petitioner's Motion to Compel Compliance with

18  an Out of District Subpoena (ECF No. 1) is due ten calendar days from entry of this

19  Order.

20
           [PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE BRIEFING
                                    DEADLINES - 1

1     Petitioner's reply, if any is due seven calendar days after Respondent files

2   its opposition.

3         IT IS SO ORDERED.

4         DATED: _____

5   _____

    THE HONORABLE MITCHELL D. DEMBIN
6   United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

[PROPOSED] ORDER GRANTING JOINT MOTION TO EXTEND THE BRIEFING
DEADLINES - 2

CERTIFICATE OF SERVICE

1

2          I, Beth E. Terrell hereby certify that on March 1, 2022, I electronically filed

3   the foregoing with the Clerk of the Court using the CM/ECF system which will

4   send notification of such filing to the following:

5                  Jacob A. Gillick, Esq.
                   MORRIS LAW FIRM, APC
6                  Attorneys for Respondent
                   501 West Broadway, Suite 1480
7                  San Diego, California 92101
                   Telephone: (619) 826-8060
8                  Facsimile: (619) 826-8065

9
           DATED this 1st day of March, 2022.
10

11                              By: /s/ Beth E. Terrell, CSB #178181
                                    Beth E. Terrell, CSB #178181
12