**KELLEY DRYE & WARREN LLP**
Paul A. Rosenthal (State Bar No. 338994)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 10178
Telephone: (973) 503-5900
paulrosenthal@kelleydrye.com

Attorneys for Hi.Q, Inc. d/b/a Health IQ

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　Respondent. | Case No. 3:22-cv-00151-LL-MDD<br><br>**NOTICE OF APPEARANCE OF COUNSEL PAUL A. ROSENTHAL FOR HI.Q, INC. D/B/A HEALTH IQ** |

| | |
|---|---|
| 1 | **TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**: |
| 2 | **PLEASE TAKE NOTICE** that Paul A. Rosenthal of the law firm of Kelley Drye |
| 3 | & Warren LLP hereby enters his appearance as counsel of record for Hi.Q, Inc. d/b/a |
| 4 | Health IQ in this matter. All further papers, pleadings, filings, and electronic filings, |
| 5 | except original process should also be directed to: |

Paul A. Rosenthal
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5943
Facsimile: (973) 503-5950
Email: paulrosenthal@kelleydrye.com

DATED: March 14, 2022

Respectfully Submitted,

KELLEY DRYE & WARREN LLP


By: */s/ Paul A. Rosenthal*
Paul A. Rosenthal (State Bar No. 338994)
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Telephone: (973) 503-5943
Facsimile: (973) 503-5950
Email: paulrosenthal@kelleydrye.com

Attorneys for Hi.Q, Inc. d/b/a Health IQ