**KELLEY DRYE & WARREN LLP**
Paul A. Rosenthal (State Bar No. 338994)
One Jefferson Road, 2nd Floor
Parsippany, New Jersey 10178
Telephone: (973) 503-5900
paulrosenthal@kelleydrye.com

Attorneys for Hi.Q, Inc. d/b/a Health IQ

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. 3:22-cv-00151-LL-MDD<br><br>**HI.Q, INC. D/B/A HEALTH IQ'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL COMPLIANCE WITH AN OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC** |

Hi.Q, Inc. d/b/a Health IQ ("Health IQ"), by and through its below counsel, respectfully submits this response to Plaintiff Toby Hoy's Motion to Compel Compliance with an Out-of-District Subpoena to Non-Party ZeetoGroup LLC. (ECF No. 1.)

Health IQ is the sole defendant in the underlying action for which Plaintiff seeks discovery, *Hoy v. Hi.Q, Inc.,* Case No. 4:21-cv-04875 (N.D. Cal). Health IQ submits this response in support of the request that non-party ZeetoGroup, LLC ("ZeetoGroup") be compelled to produce non-privileged documents and data located after a reasonable search that are relevant to the claims and defenses in the underlying action.

Evidence produced in the underlying action suggests that Health IQ's vendor Enfuego Holdings LLC d/b/a Cege Media ("Cege") sold Health IQ over 244,000 leads during the relevant time period that originated from ZeetoGroup. Each of those leads, pursuant to operative contractual agreements with Health IQ, was required to be supported by prior express written consent for Health IQ to place telemarketing calls to each specific telephone number. Such consent would be dispositive on the claims of Plaintiff and the putative class asserted in the underlying action.

Health IQ has met and conferred via email with counsel for Plaintiff and ZeetoGroup in an effort to assist with obtaining evidence concerning consent for Health IQ to place telemarketing calls to Plaintiff and members of the putative class. *See, e.g.,* Pl's Exhibit 7, at p. 59-60. Health IQ understands that ZeetoGroup has possession of evidence of consent obtained from Plaintiff and members of the putative class to receive telemarketing calls from Health IQ. *Id.* On March 10, 2022, ZeetoGroup produced a declaration with evidence relevant to twenty-six (26) of those leads relevant to the underlying action. That production confirms that ZeetoGroup has unique evidence relevant to claims and defenses at issue in the underlying litigation.

To the extent that Plaintiff's motion seeks information relevant to the claims and defenses in the underlying *Hoy* action that may be solely within the possession of ZeetoGroup, Health IQ asserts that the collection and production of that evidence would be relevant, responsive, and proportional to the needs of the case; thus, Health IQ respectfully requests that this Court compel the production of that information in as timely and efficient a manner as possible.

HEALTH IQ'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSE TO
OUT-OF-DISTRICT SUBPOENA TO ZEETOGROUP LLC

| | |
|---|---|
| 1 | Respectfully submitted, |
| 2 | KELLEY DRYE & WARREN LLP |
| 3 | By: /s/ Paul A. Rosenthal |
| 4 | Paul A. Rosenthal (State Bar No. 338994) |
| | One Jefferson Road, 2nd Floor |
| 5 | Parsippany, NJ 07054 |
| | Telephone: (973) 503-5943 |
| 6 | Facsimile: (973) 503-5950 |
| | Email: paulrosenthal@kelleydrye.com |
| 7 | *Attorneys for Hi.Q, Inc. d/b/a Health IQ* |

HEALTH IQ'S RESPONSE TO PLAINTIFF'S MOTION TO COMPEL RESPONSE TO
OUT-OF-DISTRICT SUBPOENA TO ZEETOGROUP LLC