Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Attorney for Petitioner
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>    Petitioner,<br><br> v.<br><br>ZEETOGROUP, LLC,<br><br>    Respondent. | Case No. 3:22-cv-00151-LL-MDD<br><br>**SUPPLEMENTAL DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC** |

I, Anthony I. Paronich, declare as follows:

1. I am a member of Paronich Law, P.C., co-counsel of record for Petitioner in this matter. I am a member in good standing of the bar of the state of Massachusetts. I respectfully submit this supplemental declaration in support of Petitioner's Motion to Compel Compliance with Out-of-District Subpoena to Non-Party ZeetoGroup, LLC in the above-captioned action. Except as otherwise

noted, I have personal knowledge of the facts set forth in this declaration, and could testify competently to them if called upon to do so.

2.      On February 14, 2022, Zeeto offered, for the first time, to produce what it called third-party verifications for around 20 telephone numbers, and requested that I send over some numbers over. On February 15, 2022, I provided Zeeto's counsel with the full list of numbers attributed to Zeeto's websites.

3.      I inquired about the details of Zeeto's "sampling" proposal but ultimately decided to reject it because a sample of 20 verifications, out of more than 244,000 leads, is not sufficient evidence of consent.

4.      Zeeto's counsel refused to produce anything more and replied that he would just respond to the motion and note that he produced a sample of approximately 20 verifications, which is exactly what Zeeto did.

5.      Attached as <u>Exhibit 8</u> is a true and correct copy of an email chain between myself and counsel for ZeetoGroup, LLC dated between October 20, 2021 and December 9, 2021.

SUPPLEMENTAL DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC - 2

1     I declare under penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct.

3     EXECUTED this 21st day of March, 2022.

4

5                       By: /s/ Anthony I. Paronich
                          Anthony I. Paronich

20 SUPPLEMENTAL DECLARATION OF ANTHONY I. PARONICH IN SUPPORT OF MOTION TO COMPEL COMPLIANCE WITH OUT-OF-DISTRICT SUBPOENA TO NON-PARTY ZEETOGROUP, LLC - 3

# **TABLE OF CONTENTS**

## **EXHIBITS**

| Exhibit | Description | Page(s) |
|---------|-------------|---------|
| 8 | Email correspondence between counsel for Toby Hoy and counsel for ZeetoGroup, LLC dated between October 20, 2021 and December 9, 2021 | 70–80 |