Beth E. Terrell, CSB #178181
Email: bterrell@terrellmarshall.com
Attorney for Petitioner
TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf all others similarly situated,<br><br>Petitioner,<br><br>v.<br><br>ZEETOGROUP, LLC,<br><br>Respondent. | Case No. 3:22-cv-00151-LL-MDD<br><br>**DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PETITIONER'S MOTION TO COMPEL** |

I, Jodi Nuss Schexnaydre, declare as follows:

1. I am a senior paralegal of Terrell Marshall Law Group PLLC, counsel of record for Petitioner Toby Hoy. Given my position and experience, I have personal knowledge of the facts set forth in this declaration.

2. I was instructed to review the declaration of Shayne Cardwell and the documents produced by ZeetoGroup, LLC on March 10, 2022 and validate the

DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL - 1

statements made in Mr. Cardwell's declaration.

3. I began by reviewing the list of the 26 random sample of consumers that Jornaya reports were prepared for. ECF No. 8-1, p. 81. I immediately noticed that there were duplicate records for two of the phone numbers. One of the duplicated phone numbers had three different LeadIDs associated with it and the other had only one. I also noticed that the LeadID field was blank for one of the consumers on this list.

4. Because of the discrepancies in that list, I compared the LeadIDs in the list against the Jornaya reports to confirm that we had all reports associated with those leads. I confirmed that we had the reports for all 23 unique LeadIDs included in the list and an additional 3 reports for unlisted LeadIDs.

5. I reviewed each of the 26 Jornaya reports produced and attempted to access the videos of the consumer's screen using the Visual Playback link at the end of each report.

6. I was only able to review the videos for 25 of the Jornaya reports as one of the links leads to a website that reported that no content is available for the lead identified in the report. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a printout of the website depicting this error.

7. After reviewing the accessible videos, I found that there were 16

DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL - 2

videos in which the TCPA consent language did not contain any links to a list of "affiliates" or "marketing partners" ("marketing partners list"). Attached hereto as Exhibits 2-17 are true and correct copies of printouts of the TCPA consent language displayed in these 16 videos.

8. There were 2 videos that ended before the consumer was presented with the TCPA consent language. These videos can be accessed using the links listed in ECF No. 8-1, p. 146 and ECF No. 8-1, p. 187.

9. Another 2 videos depicted TCPA consent language that contained links to a marketing partners list but I was presented with an error when I tried to access each of the links. Attached hereto as Exhibits 18 and 19 are true and correct copies of printouts of the websites depicting these errors.

10. I noted that both URLs that lead to the errors depicted in Exhibits 18 and 19 ended with "/related-advertisers." For the majority of the websites owned by ZeetoGroup, LLC ("ZeetoGroup websites") that I analyzed (as discussed in paragraph 13 below), the link to the marketing partners list ended in "**/gif-**related-advertisers." After correcting the linked URL in Exhibit 18 from "https://try.dont-by-try.com/related-advertisers" to "https://try.dont-by-try.com/**gif-**related-advertisers," I was able to access the marketing partners list. Attached hereto as Exhibit 20 is a true and correct copy of a printout of

DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL - 3

1 https://try.dont-buy.com/gif-related-advertisers created on March 21, 2022.

2     11.    Making the same correction to the linked URL in Exhibit 19 by

3 changing "https://try.toomanysamples.com/related-advertisers" to

4 https://try.toomanysamples.com/gif-related-advertisers achieved the same result.

5 Attached hereto as <u>Exhibit 21</u> is a true and correct copy of a printout of

6 https://try.toomanysamples.com/gif-related-advertisers created on March 21,

7 2022.

8     12.    I confirmed that there were 5 videos that depicted TCPA language

9 that included a link to a marketing partners list and those lists do include Health

10 IQ. However, printouts of such lists created during my prior investigation of

11 websites owned by ZeetoGroup, LLC suggest that at least one of the lists was

12 recently modified to add Health IQ.

13     13.    On January 18, 2022, I analyzed the contents of multiple ZeetoGroup

14 websites by viewing the website itself and the underlying HTML code. Visually,

15 the formatting and content of these websites appeared to be an exact duplicate,

16 despite the difference in the URL. When I compared the HTML code for the

17 websites, I found that the only differences were references to the URL.

18     14.    Although I did not create a printout for the exact URLs linked in the

19 Jornaya recordings, I did create a printout for a website with a near duplicate URL

20

DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL - 4

and near duplicate HTML code as described above. Exhibits 22 and 23 depict the recent addition of "Health IQ" to the marketing partners list.

15. Attached hereto as <u>Exhibit 22</u> is a true and correct copy of a printout of https://getyourfree-samples.com/gif-related-advertisers created on January 18, 2022.

16. Attached hereto as <u>Exhibit 23</u> is a true and correct copy of a printout of https://try.getyourfree-samples.net/gif-related-advertisers created on March 14, 2022.

17. On January 19, 2022, I analyzed and created a printout of the website accessed through the same exact URL depicted in Exhibit 21. Attached hereto as <u>Exhibit 24</u> is a true and correct copy of a printout of https://try.toomanysamples.com/gif-related-advertisers created on March 21, 2022. Again, Health IQ was not included in the marketing partners list available in January, but it is listed in the website available today.

18. Between January 18 and 20, 2022, I reviewed the marketing partners lists for an additional 33 ZeetoGroup websites and, at that time, none included Health IQ.

DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL - 5

1     I declare under penalty of perjury under the laws of the State of
2 Washington and the United States of America that the foregoing is true and
3 correct.

4     EXECUTED this 21st day of March, 2022.

By: _____
Jodi Nuss Schexnaydre

20 DECLARATION OF JODI NUSS SCHEXNAYDRE IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL - 6

# TABLE OF CONTENTS

## EXHIBITS

| Exhibit | Description | Page(s) |
|---|---|---|
| 1 | Printout of the Request Error Message for the Jornaya LeadiD 837A3000-8D51-0E90-80A1-539F3152BDF2 | 1 |
| 2 | Printout of TCPA Consent Language for Jornaya LeadiD 3CEA60CC-2003-89A4-38C8-1F565E2F4D8A | 2 |
| 3 | Printout of TCPA Consent Language for Jornaya LeadiD 5B1EC6CC-B716-5251-537A-62BD289D8EED | 3 |
| 4 | Printout of TCPA Consent Language for Jornaya LeadiD 6C4EC912-B121-8452-46CC-3DDBF105C60C | 4 |
| 5 | Printout of TCPA Consent Language for Jornaya LeadiD 57D8DB15-552B-ED08-D46E-419224A13E2B | 5 |
| 6 | Printout of TCPA Consent Language for Jornaya LeadiD 451E4838-2785-C0AC-38AE | 6 |
| 7 | Printout of TCPA Consent Language for Jornaya LeadiD 2075D8B2-55F2-B190-E214 | 7 |

| | | |
|---|---|---|
| 8 | Printout of TCPA Consent Language for Jornaya LeadiD 2805DCCA-FFD0-5D22-5C05 | 8 |
| 9 | Printout of TCPA Consent Language for Jornaya LeadiD 7048BB55-B0E6-66F5-95D3 | 9 |
| 10 | Printout of TCPA Consent Language for Jornaya LeadiD A0CD5E23-0782-D9CE-74FE | 10 |
| 11 | Printout of TCPA Consent Language for Jornaya LeadiD A4BB170D-646A-2945-FB90 | 11 |
| 12 | Printout of TCPA Consent Language for Jornaya LeadiD A98BF6F7-5A9A-F6CA-6D42 | 12 |
| 13 | Printout of TCPA Consent Language for Jornaya LeadiD AC3AEBB2-C75F-FE7D-5500 | 13 |
| 14 | Printout of TCPA Consent Language for Jornaya LeadiD CD46B41F-F124-E448-A6E9 | 14 |
| 15 | Printout of TCPA Consent Language for Jornaya LeadiD D9935037-159E-230B-6FFC | 15 |
| 16 | Printout of TCPA Consent Language for Jornaya LeadiD DFCF2CBC-5CBB-ACBE-E00E | 16 |
| 17 | Printout of TCPA Consent Language for Jornaya LeadiD F882CA18-BD4B-A5D8-40D4 | 17 |
| 18 | Printout of the Inaccessible Marketing Partners List for Jornaya LeadiD 115A2FE0-1925-2A77-0BB6-67E575A7EE49 | 18 |

| | | |
|---|---|---|
| 19 | Printout of the Inaccessible Marketing Partners List for Jornaya LeadiD 4F410D32-7D51-B3C7-047A-5DA650AE3057 | 19 |
| 20 | Printout of the Marketing Partners List displayed after correcting the URL for Jornaya LeadiD 115A2FE0-1925-2A77-0BB6-67E575A7EE49 | 20 |
| 21 | Printout of the Marketing Partners List displayed after correcting the URL for Jornaya LeadiD 4F410D32-7D51-B3C7-047A-5DA650AE3057 | 21 |
| 22 | Printout of the Website https://getyourfree-samples.com/gif-related-advertisers created on January 18, 2022 | 22 |
| 23 | Printout of the Website https://try.getyourfree-samples.net/gif-related-advertisers created on March 14, 2022. | 23 |
| 24 | Printout of the Website https://try.toomanysamples.com/gif-related-advertisers created on March 21, 2022. | 24 |