# Exhibit 8

| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | Anthony Paronich |
| **Subject:** | Fwd: Get it Free |
| **Attachments:** | Hoy v. Health IQ -- Deposition Subpoena to GetitFree.us -- 12.9.2021.pdf |

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---------- Forwarded message ---------
From: **Anthony Paronich** <anthony@paronichlaw.com>
Date: Thu, Dec 9, 2021 at 4:41 PM
Subject: RE: Get it Free
To: Jacob Gillick <jgillick@morrislawfirmapc.com>
Cc: Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>


Thank you, Jacob. I understand. The deposition subpoena is attached and thank you for agreeing to accept service.


I assume your client will move for a protective order prior to the deposition date. Since this matter is pending in California, I believe that filing should be in the NDCA in the pending action. If you do not intend to file in the NDCA in the pending action, please let us know, as we will request a transfer pursuant Fed.R.Civ.P. 45(f).


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

Exhibit 8 - Page 70

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Wednesday, December 8, 2021 1:02 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Get it Free

After a review of our records, the previous objections, and the newest Schedule A, we feel that a deposition would be improper and is being sought for improper purposes Please feel free to set a reasonable date.

Best,

Jacob A. Gillick, Esq.

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.

Exhibit 8 - Page 71

Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Tuesday, December 7, 2021 at 4:23 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Re: Get it Free

Ok, but what date for what you will appear for? Or are you saying that your client doesn't intend to appear at all?

Anthony

> On Dec 7, 2021, at 2:30 PM, Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
>
> Anthony,
>
> I have had a chance to speak with my client. Please serve me with the subpoena so we may object.
>
> Best,
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065

Exhibit 8 - Page 72

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Tuesday, December 7, 2021 at 1:22 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** RE: Get it Free

Hey, Jacob. What December dates work for your client?

Anthony

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Friday, December 3, 2021 6:47 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Re: Get it Free

Got it. Thank you!

> On Dec 3, 2021, at 5:16 PM, Anthony Paronich <anthony@paronichlaw.com> wrote:
>
> Hello, Jacob. In our first email communication I forwarded your client had instructed me to send it directly to you. I was working with you to coordinate a date before sending the formal subpoena over, which is why I sent the schedule A so you could know what witness or witnesses you would need to produce in order to work on scheduling.

Exhibit 8 - Page 73

> On Dec 3, 2021, at 2:40 PM, Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:
>
> Anthony,
>
> Did your office ever serve the subpoena?
>
> Best,
>
> Jacob A. Gillick, Esq.
>
> **MORRIS LAW FIRM, APC**
>
> 501 West Broadway, Suite 1480
>
> San Diego, CA 92101
>
> Tel. (619) 826-8060
>
> Fax. (619) 826-8065
>
> CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.
>
> ---
>
> **From:** Anthony Paronich <anthony@paronichlaw.com>
> **Date:** Thursday, December 2, 2021 at 9:13 PM
> **To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
> **Subject:** Re: Get it Free
>
> Jacob:

Exhibit 8 - Page 74

I wanted to follow up here.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Mon, Nov 29, 2021 at 11:15 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Thank you, and the same to you. A Schedule A is attached. With this information, I assume you will be able to figure out the deponent(s) and provide some December availability. If that's not the case, please let me know.
>
> Regards,

Exhibit 8 - Page 75

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Sun, Nov 28, 2021 at 2:54 PM Jacob Gillick <jgillick@morrislawfirmapc.com> wrote:

> Mr. Paronich,
>
> Hope you had a happy Thanksgiving. I will accept service. Let me review the subpoena to determine the correct employee to produce. I am just coming into this matter.
>
> Best,
>
> Jacob A. Gillick, Esq.

Exhibit 8 - Page 76

**MORRIS LAW FIRM, APC**

501 West Broadway, Suite 1480

San Diego, CA 92101

Tel. (619) 826-8060

Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Date:** Friday, November 26, 2021 at 1:28 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Fwd: Get it Free

Mr. Gillick:

I wanted to confirm that you're able to accept the subpoena mentioned below. If so, can you please provide availability for you and your client in December?

Regards,

----

Exhibit 8 - Page 77

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---------- Forwarded message ---------
From: **Legal Department GetItFree** <legal@getitfree.us>
Date: Wed, Oct 27, 2021 at 12:43 AM
Subject: Re: Get it Free
To: Anthony Paronich <anthony@paronichlaw.com>
Cc: Rosenthal, Paul A. (NJ) <PaulRosenthal@kelleydrye.com>

Hello Mr. Paronich

Unfortunately I am unable to accept service for this type of subpoena, but Get it Free has other outside counsel that is able to accept service. Please send the subpoena to Jacob Gillick at jgillick@morrislawfirmapc.com.

Exhibit 8 - Page 78

Thank you,

Elizabeth Cole

**Error! Filename not specified.**

On Wed, Oct 20, 2021 at 8:54 AM Anthony Paronich <anthony@paronichlaw.com> wrote:

> Ms. Cole:
>
> I hope all is well. We intend to issue a deposition for a subpoena to Get it Free. Can you please advise if you can accept service via e-mail?
>
> We'd also be happy to coordinate dates. Can you let us know your availability in early December. We intend to take the deposition remotely.
>
> ----
> Anthony Paronich
> Paronich Law, P.C.
> 350 Lincoln Street, Suite 2400
>
> Hingham, MA 02043
> [o] (617) 485-0018
>
> [c] (508) 221-1510
> [f] (508) 318-8100
>
> This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Exhibit 8 - Page 79

Exhibit 8 - Page 80