# Exhibit 1

No content found for LeadiD 837A3000-8D51-0E90-80A1-539F3152BDF2

Exhibit 1 - Page 1