# Exhibit 5

# VISUAL PLAYBACK

**LeadiD:** 57D8DB15-552B-ED08-D46E-419224A13E2B
**LeadiD Created:** Apr 28, 2021 22:49:20 GMT+0000

Display Update 2:24

x1

2:30 / 3:18

Match Data | Audit Results | FAQs

## MATCH DATA

Enter values to see if those values match what was actually entered during the lead event.

First Name

Last Name

Phone

Email

To see if additional fields match, enter the data values in the fields below

Add Field

✔ - Match
✖ - No Match Found
✔ - Match to URL Parameter Value

☐ Visual Playback Data Overlay

GetitFree *Come back daily for new freebies!*

**Order In Process**

Cost: $0.00

Shipping : $0.00

**Total: $0.00**

**Thank you!**

Verify below to qualify for your **free** item.

**Phone:**

By continuing, I consent to receiving SMS text messages and phone calls with information about free samples and other offers from Getitfree.us at this number. I understand that texts and calls may be generated using automated technology including autodialers, which may contain pre-recorded messages and that my consent is not required as a precondition for receiving any goods or services. Reply HELP for help, or STOP to opt out to any text message. 1 msg/day, Message and data rates may apply. SMS Privacy Policy, Privacy Policy, Terms of Service.

**Continue**

**DISCLOSURES REGARDING THIS VISUAL PLAYBACK:**
All rights reserved. All aspects of the service provided by Jornaya hereunder — including, e.g., the Visual Playback player, the Jornaya Web site, and the processes used by Jornaya in providing the service — are the exclusive property of Jornaya and its licensors. The Visual Playback and the data made available through its use are subject to confidentiality obligations at all times. By accessing and using the service provided hereunder, you represent and warrant that you have the authority to act on behalf of a valid subscriber to the service, that you shall use the service in compliance with the terms and conditions on which it is provided, and that you shall use any data made available through the use of the service for its intended purposes only.



