# Exhibit 6




**DISCLOSURES REGARDING THIS VISUAL PLAYBACK:**
All rights reserved. All aspects of the service provided by Jornaya hereunder — including, e.g., the Visual Playback player, the Jornaya Web site, and the processes used by Jornaya in providing the service — are the exclusive property of Jornaya and its licensors. The Visual Playback and the data made available through its use are subject to confidentiality obligations at all times. By accessing and using the service provided hereunder, you represent and warrant that you have the authority to act on behalf of a valid subscriber to the service, that you shall use the service in compliance with the terms and conditions on which it is provided, and that you shall use any data made available through the use of the service for its intended purposes only.