# Exhibit 10

# VISUAL PLAYBACK

**LeadiD:** A0CD5E23-0782-D9CE-74FE-136A2DB23435
**LeadiD Created:** Mar 10, 2021 16:51:55 GMT+0000

Display Update 3:46

x1 3:46 / 4:39

Match Data | Audit Results | FAQs

## MATCH DATA

Enter values to see if those values match what was actually entered during the lead event.

First Name

Last Name

Phone

Email

To see if additional fields match, enter the data values in the fields below

Add Field

- Match
- No Match Found
- Match to URL Parameter Value

Visual Playback Data Overlay

GetitFree

Time Remaining 12 44

**Order in Process**

Free Shipping

**$0.00 - No Cost**

Complete the survey to qualify.

## Just a few more steps to your FREE sample!

Step 5: What's your phone number?

Phone:

By continuing, I consent to receiving SMS text messages and phone calls with information about free samples and other offers from Getitfree.us at this number. I understand that texts and calls may be generated using automated technology including autodialers, which may contain pre-recorded messages and that my consent is not required as a precondition for receiving any goods or services. Reply HELP for help, or STOP to opt out to any text message. 1 msg/day, Message and data rates may apply. SMS Privacy Policy, Privacy Policy, Terms of Service.

CONTINUE

- Visit Our Facebook Page

Visit Our Blog - Privacy Policy

**CA Consumers:** Do Not Sell My Personal Information Terms & Conditions Privacy Policy

...coupon...s, samples, and other offers (collectively "Offers") change often. We cannot guarantee that you will receive any of the Offers that you request, as ...e su...ilability and are often made by other entities. Offers distributed by GetItFree are limited in quantity, and GetItFree reserves the right to substitute ...on availability. Offers that are not distributed by GetItFree are monitored by other entities, and we are not responsible if such Offers are no longer

**DISCLOSURES REGARDING THIS VISUAL PLAYBACK:**
All rights reserved. All aspects of the service provided by Jornaya hereunder — including, e.g., the Visual Playback player, the Jornaya Web site, and the processes used by Jornaya in providing the service — are the exclusive property of Jornaya and its licensors. The Visual Playback and the data made available through its use are subject to confidentiality obligations at all times. By accessing and using the service provided hereunder, you represent and warrant that you have the authority to act on behalf of a valid subscriber to the service, that you shall use the service in compliance with the terms and conditions on which it is provided, and that you shall use any data made available through the use of the service for its intended purposes only.

