# Exhibit 17

# VISUAL PLAYBACK

**LeadiD:** F882CA18-BD4B-A5D8-40D4-0EFAD8AFC823
**LeadiD Created:** Jan 21, 2021 18:54:41 GMT+0000

Display Update 1:41

1:42 / 2:04    x1

## Match Data    Audit Results    FAQs

**MATCH DATA**

Enter values to see if those values match what was actually entered during the lead event.

[First Name]
[Last Name]
[Phone]
[Email]

To see if additional fields match, enter the data values in the fields below

[ ]
[ ]
[ ]
[ ]

**Add Field**

✓ - Match
✗ - No Match Found
✓ - Match to URL Parameter Value

☐ Visual Playback Data Overlay ⓘ

---

Verify below to qualify for your **free** item.

**Phone:**

[                    ]

By continuing, I consent to receiving SMS text messages and phone calls with information about free samples and other offers from Getitfree.us at this number. I understand that texts may be generated using automated technology and that my consent is not required as a precondition for receiving any goods or services. Reply HELP for help, or STOP to opt out to any text message. 1 msg/day, Message and data rates may apply. I understand these calls may be generated using an autodialer and may contain pre-recorded messages and that consenting is not required to participate in the offers promoted. You agree to have the data you are submitting used by our partners for lending, credit decisions, and research, per our Terms of Service. We strive to send samples within 2 weeks. Most free samples require brief surveys to redeem. You can choose to participate if you wish, or just wait for the next great freebie.    SMS Privacy Policy    Privacy Policy    Terms of Service

**Privacy Policy**

**Terms & Conditions**

CA Consumers: Do Not Sell My Personal

**Continue**

---

**DISCLOSURES REGARDING THIS VISUAL PLAYBACK:**
All rights reserved. All aspects of the service provided by Jornaya hereunder — including, e.g., the Visual Playback player, the Jornaya Web site, and the processes used by Jornaya in providing the service — are the exclusive property of Jornaya and its licensors. The Visual Playback and the data made available through its use are subject to confidentiality obligations at all times. By accessing and using the service provided hereunder, you represent and warrant that you have the authority to act on behalf of a valid subscriber to the service, that you shall use the service in compliance with the terms and conditions on which it is provided, and that you shall use any data made available through the use of the service for its intended purposes only.