# Exhibit 18

The requested page could not be found.