# Exhibit 19

The requested page could not be found.

Exhibit 19 - Page 19