# Exhibit 22

Get Free

*Come back daily for new freebies!*

# Related Advertisers

- Cege
- Enfuego Holdings, LLC
- CallBlade
- Crisp Marketing
- Crisp Connections
- Digital Media Solutions, Inc
- GrabYourItems
- Salt Media Group
- What If Media Group
- Calltrader.com
- Madera Media, LLC
- What If Holdings, LLC
- Boost Health Insurance
- Ford Direct
- Happy Money
- Hello Fresh.