# Exhibit 23

# Related Advertisers

- ADT
- ADT Solar
- Cege
- CallBlade
- Crisp Marketing
- Crisp Connections
- Digital Media Solutions
- GrabYourItems
- Salt Media Group
- What If Media Group
- Calltrader.com
- Madera Media, LLC
- What If Holdings, LLC
- Boost Health Insurance
- Ford Direct
- Happy Money
- Hello Fresh.
- HealthIQ
- Insurealife
- The Savvy Sampler
- Sunpro
- OkWow
- Policy Scout
- The Smart Saver
- Ok Hooray

Exhibit 23 - Page 23