Paul A. Rosenthal (State Bar No. 338994)
paulrosenthal@kelleydrye.com
**KELLEY DRYE & WARREN LLP**
One Jefferson Road, 2nd Floor
Parsippany, NJ 070054
Telephone: (973) 503-5900
Facsimile: (973) 503-5950

Attorney for Hi. Q, Inc. d/b/a Health IQ

# UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>ZEETOGROUP, LLC,<br><br>　　　　　　　　Respondent. | Case No. 2:22-cv-0151-LL-MDD<br><br>**HEALTH IQ'S UNOPPOSED MOTION TO APPEAR TELEPHONICALLY OR BY VIDEOCONFERENCE AT THE MAY 25, 2022 HEARING**<br><br>Date:　　May 25, 2022<br>Time:　　1:30 p.m.<br>Judge:　　Hon. Mitchell D. Dembin |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT,** pursuant to Civ. L. R. 7.1(d), Hi. Q, Inc. d/b/a Health IQ ("Health IQ") respectfully requests, through undersigned counsel, that this Court permit counsel for Health IQ to attend the May 25, 2022 hearing telephonically or by videoconference. The Court, at its discretion, may permit any party to conduct its oral argument "through the use of a telephone conference call," as opposed to attending the hearing in-person. S.D. Cal. Civ. L.R. 7.1(d)(2).

On May 25, 2022 at 1:30 p.m., the Hon. Mitchell D. Dembin, Magistrate Judge of the United States District Court for the Southern District of California, will hear petitioner Toby Hoy's Motion to Compel Compliance with Out-of-District Subpoena to Non-Party ZeetoGroup, LLC in a to-be-determined courtroom located at the James M. Carter and Judith N. Keep United States Courthouse at 333 West Broadway, San Diego, CA 92101.

Health IQ is the defendant in the underlying action in which petitioner Toby Hoy served the subpoena on respondent ZeetoGroup, LLC, for which he now seeks to enforce here. *See Hoy v. Hi. Q, Inc.*, Case No. 4:21-cv-04875 (N.D. Cal. filed on June 24, 2021).

As an interested party to this proceeding, "Health IQ [was] invited to attend" this hearing. *See* ECF No. 10. Health IQ's undersigned lead counsel resides in New Jersey, and would experience significant difficulty in attending in-person, a difficulty that demonstrates good cause.

Neither Petitioner Toby Hoy nor Respondent ZeetoGroup, LLC opposes this request. Granting this request would not generate any prejudice. For good cause showing, Health IQ thus requests permission to appear telephonically or by videoconference at the upcoming hearing on Petitioner Toby Hoy's Notice and Motion to Compel Compliance, scheduled for May 25, 2022, at 1:30 p.m.

| | | |
|---|---|---|
| 1 | DATED: May 19, 2022 | **KELLEY DRYE & WARREN LLP** |
| 2 | | Paul A. Rosenthal |

By   */s/ Paul A. Rosenthal*
Paul A. Rosenthal
Attorney for Hi. Q, Inc. d/b/a Health IQ