| UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER**  Please use one form per case  *Please read instructions on next page* | COURT USE ONLY  **DUE DATE:** |
|---|---|---|
| **1a.** CONTACT PERSON FOR THIS ORDER  Paul Rosenthal | **2a.** CONTACT PHONE NUMBER  973-548-3388 | **3a.** CONTACT EMAIL ADDRESS  PRosenthal@foxrothschild.com |
| **1b.** ATTORNEY NAME (if different) | **2b.** ATTORNEY PHONE NUMBER | **3b.** ATTORNEY EMAIL ADDRESS |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)  Fox Rothschild LLP  49 Market Street, Morristown, NJ 07960 | 5. CASE NAME  Hoy v. ZeetoGroup LLC | 6. CASE NUMBER  3:22-cv-00151 |
|---|---|---|

**7.** TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

| a. HEARING(S) (OR PORTIONS OF HEARINGS) |||| b. SELECT FORMAT(S) *(NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)* |||||| c. DELIVERY TYPE (Choose one per line) ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | CD ($32) | ORDINARY (30-day $3.65 pp) | 14-DAY ($4.25 pp) | EXPEDITED (7-day $4.85 pp) | 3-DAY ($5.45 pp) | DAILY (Next Day $6.05 pp) | HOURLY (2 hrs $7.25 pp) |
| 5/25/2022 | MDD | | | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
| | | | | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

8. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, DCN #, ETC.

ORDER & CERTIFICATION (9. & 10.) By signing below, I certify that I will pay all charges (deposit plus additional).

9. SIGNATURE  /s/ Paul Rosenthal

10. DATE  November 4, 2022